■ JOSEPH B. ROOSA et al., Plaintiffs, v WILLIAM E. CAMPBELL et al., Defendants. WILLIAM E. CAMPBELL, Third-Party Plaintiff-Appellant, v NEESON-CLARK ASSOCIATES, INC., Third-Party Defendant-Respondent. [771 NYS2d 429]—Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered September 16, 2002. The order granted third-party defendant's motion to dismiss the third-party complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Pine, Gorski and Lawton, JJ.